# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**DILLON A. KNOPICK and**
**STEFANI L. KNOPICK**

vs. **CASE NUMBER: 3:09-CV-232**

**METROPOLITAN LIFE INSURANCE COMPANY**
**and ADSPACE NETWORKS, INC.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiffs Dillon A. Knopick and Stefani L. Knopick are awarded judgment against the defendant Metropolitan Life Insurance Company in the sum of $ 224,000.00. The action is dismissed against the defendant Adspace Networks, Inc.

All of the above pursuant to the Order of the Honorable Judge David N. Hurd, United States District Judge, filed the 14th day of October, 2010.

DATED: October 14, 2010.

Clerk of Court

s / C. Mergenthaler
Deputy Clerk